United States Bankruptcy Court

Southern District of Florida

In re:                                                                                        Case No. 21-16277-PDR

Sandra Pierre                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Pierre, 4117 Lakeside Dr, Tamarac, FL 33319-3357 |
| cr | + | Athene Annuity and Life Company, c/o Gary Gassel, Esq, 2191 Ringling Blvd, Sarasota, Fl 34237-7003 |
| 96277535 | + | Athene Annuity and Life Company, c/o Gary Gassel, 7700 Mills Civic Parkway, West Des Moines, Iowa 50266-3862 |
| 96243094 | | Lakeside at Tamarac Condominium Asso, c/o Daniel C. Lopez, Esq., 55 Merrick Way Ste 404, Coral Gables, FL 33134-5126 |
| 96243095 | | Lakeside at Tamarac Condominium Asso., c/o Frank Perez-Siam, Esq., 7001 SW 87th Ct, Miami, FL 33173-2509 |
| 96291662 | + | Lakeside at Tamarac Condominium Association, Inc., c/o James Schwitalla, Esquire, 12954 SW 133RD CT, Miami, FL 33186-5806 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: kpierrelouis@browardtax.org | May 27 2026 01:56:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | May 27 2026 05:44:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | May 27 2026 01:56:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 27 2026 01:57:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96311201 | + | EDI: ATTWIREBK.COM | May 27 2026 05:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 96278206 | | Email/Text: bankruptcy@rentacenter.com | May 27 2026 01:58:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 96278207 | | EDI: WFNNB.COM | May 27 2026 05:44:00 | Comenity Bank/Dots, PO Box 182789, Columbus, OH 43218-2789 |
| 96278208 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2026 01:56:00 | Community Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1839 |
| 96278209 | | EDI: CCS.COM | May 27 2026 05:44:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 96278210 | | Email/Text: bk@crealusa.com | May 27 2026 01:57:00 | Credito Real Usa Finan, 1475 W Cypress Creek Rd # W, Fort Lauderdale, FL 33309-1930 |
| 96243093 | | EDI: IRS.COM | May 27 2026 05:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96275643 | | EDI: Q3G.COM | May 27 2026 05:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 96243096 | | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2026 01:56:00 | Rushmore Loan MGMT Services, 15480 Laguna Canyon Rd Ste 100, Irvine, CA 92618-2132 |
| 96278211 | | Email/Text: bankruptcy@wofco.com | May 27 2026 01:56:00 | Setoyota FIN DBA of WOFC, PO Box 91614, |

District/off: 113C-0         User: admin         Page 2 of 2

Date Rcvd: May 26, 2026         Form ID: 3180W         Total Noticed: 22

| | | | |
|---|---|---|---|
| | | | Mobile, AL 36691-1614 |
| 96301485 | Email/Text: EDBKNotices@ecmc.org | May 27 2026 01:56:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 96278212 | Email/Text: edbknotices@ecmc.org | May 27 2026 01:57:00 | US Dept Of ED/GSL/ATL, PO Box 4222, Iowa City, IA 52244-4222 |
| 96278213 | EDI: WFHOME | May 27 2026 05:44:00 | Wells Fargo NA, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elias Leonard Dsouza | on behalf of Debtor Sandra Pierre dtdlaw@aol.com service@dsouzalegal.com;bankruptcyecf@dsouzalegal.com;g21523@notify.cincompass.com;3079219420@filings.docketbird.com;johanna@dsouzalegal.com;dsouza.eliasl.b124305@notify.bestcase.com |
| Gary I. Gassel, Esq. | on behalf of Creditor Athene Annuity and Life Company gary@gassellaw.com |
| James Schwitalla, Esq | on behalf of Creditor Lakeside at Tamarac Condominium Association  Inc. jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com |
| Kenneth E Walton, II | on behalf of Debtor Sandra Pierre kenneth@dsouzalegal.com service@dsouzalegal.com;johnson@dsouzalegal.com;kenneth.dsouzalegal.com@recap.email;3079219420@filings.docketbird.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Martin, Esq | on behalf of Creditor Lakeside at Tamarac Condominium Association  Inc. bob@martinandmartinpa.com |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 7

**Information to identify the case:**

Debtor 1    Sandra Pierre
_____
First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–2441
EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    _____
First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Southern District of Florida

Case number:    21–16277–PDR

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Sandra Pierre**

May 26, 2026

**By the court:**



**Peter D. Russin**
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**